UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-14381-BLOOM

DARRELL MARK BABCOCK,

    Plaintiff,

v.

ANDREA L. OLSON, *et al.*,

    Defendants.
_____/

### ORDER ON APPLICATION TO APPEAL *IN FORMA PAUPERIS*

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Proceed Without Prepaying Fees or Costs, ECF No. [16] ("Motion"), filed on March 1, 2021. The Court previously granted Plaintiff's application to proceed *in forma pauperis* in the instant action. *See* ECF No. [5]. Pursuant to Federal Rule of Appellate Procedure 24(a)(3), "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization." Fed. R. App. P. 24(a)(3). Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion, **ECF No. [16]**, is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 4, 2021.

                                                      **BETH BLOOM**
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Darrell Mark Babcock
18508-479
Coleman Medium, Federal Correctional Institution
Inmate Mail/Parcels

Case No. 20-cv-20391-BLOOM/Reid

Post Office Box 1032
Coleman, FL 33521